UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

**CHARLES M. LOSINSKE**

    Plaintiff,

    vs.    Case No. 07-C-0185-C

**WISCONSIN CARPENTERS' PENSION FUND,**

    Defendant.

### ORDER

Based on the foregoing Stipulation,

**IT IS HEREBY ORDERED:**

1.    That Plaintiff Charles M. Losinske shall pay the Defendant the sum of $7,500.00 for Defendant's attorney's fees and bill of costs. The total sum of $7,500.00 shall be paid by Losinske through eighteen (18) equal monthly payments of $416.67, the first of which is to be made on or before April 1, 2008, with each subsequent payment due the first day of each month thereafter through and including September 1, 2009.

2.    That in the event the Plaintiff fails to make any payment as set forth in aforesaid Stipulation, the Defendant shall be entitled to reopen this matter and have judgment entered against the Plaintiff in the amount of $7,500.00 less any payment made pursuant to this Stipulation, plus any further attorney's fees and costs not

-1-

incorporated and set forth in the Defendant's Motion.

3. This matter is dismissed without prejudice.

Dated this __11th__ day of __March__, 2008.

                                            BY THE COURT

                                        *Barbara B. Crabb*
                                        Judge, U. S. District Court
                                        Eastern District of Wisconsin